AUGUST FINCK, JR., Appellant, *v.* HOMER WESTON, Respondent.

*Fink* v. *Weston,* 146 App. Div. 900, affirmed.
(Argued January 28, 1913; decided February 11, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 24, 1911, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover money alleged to have been paid under false representations.

*Clarence Z. Spriggs* for appellant.

*James Moore* and *Waldo Weston* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, WERNER, CHASE, COLLIN, CUDDEBACK and MILLER, JJ. Not voting: CULLEN, Ch. J.